# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DOLLY THOMPSON                                                                                  PLAINTIFF

VS.                            CIVIL ACTION NO. 4:12CV00002 JLH/JLH

ULENZEN KING, et al.                                                                          DEFENDANTS

## ORDER

Dolly Thompson, Ulenzen King, Ambrose Marvel, Phillips Bentley and Bruce Pennington have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray held on 05/10/2012. The settlement agreement which the Court dictated into the record shall be filed **UNDER SEAL**.

IT IS SO ORDERED, this 16th day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE