IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOLLY THOMPSON                                                                                          PLAINTIFF

v.                                    NO. 4:12CV00002 JLH

ULENZEN KING; AMBROSE MARVEL;
PHILLIP BENTLEY; and
BRUCE PENNINGTON                                                                                    DEFENDANTS

## ORDER OF DISMISSAL

Having been informed that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 18th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE